AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California



Daniel Doles and Crosspoint Venture Partners 1996, LLP

Plaintiff

v.

Zebra Technologies, Corporation

Defendant

)
)
)  Civil Action No.
)
)
)

**Summons in a Civil Action**

**C08 03469**

E-filing

RS

To: *(Defendant's name and address)*
    Zebra Technologies Corporation
    Corporate & International Headquarters
    333 Corporate Woods Parkway
    Vernon Hills, IL 60061-3109

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
William Frimel & Rajiv Dharnidharka   DLA Piper US LLP
    2000 University Avenue
    East Palo Alto, CA 94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    Richard W. Wieking
    Name of clerk of court

    Betty J. Walton

Date: July 18, 2008

    Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com