| Attorney or Party without Attorney: <br> WILLIAM J. FRIMEL, ESQ., Bar #160287 <br> DLA PIPER RUDNICK GRAY CARY US LLP <br> 2000 UNIVERSITY AVENUE <br> EAST PALO ALTO, CA 94303 <br> Telephone No: 650-833-2000    FAX No: 650-833-2001 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 367955-1 |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT

Plaintiff: DANIEL DOLES AND CROSSPOINT VENTURE PARTNERS 1996, LLP
Defendant: ZEBRA TECHNOLOGIES, CORPORATION

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: C08 03469RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Standing Order For All Judges Of The Northern District Of California; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; General Order No. 40; Ecf Registration Information Handout; General Order No. 45; Notice Of Electronic Availabilty; General Order No. 53; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms; Blank Adr Certification; Blank Stipulation And (Proposed) Order; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge

3. a. Party served: ZEBRA TECHNOLOGIES CORPORATION by serving the agent for service CT CORPORATION SYSTEM
   b. Person served: MARGARET WILSON, AUTHORIZED TO RECEIVE SERVICE

4. Address where the party was served: 818 WEST SEVENTH ST. LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 23, 2008 (2) at: 11:35AM

7. Person Who Served Papers:
   a. RICHARD R. GARI

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4047
      (iii) County: Los Angeles

A & A LEGAL SERVICE
1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602    Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jul. 23, 2008

(RICHARD R. GARI)

Judicial Council Form    PROOF OF SERVICE    wifri.47194
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL