William J. Frimel (SBN 160287)
Rajiv Dharnidharka (SBN 234756)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
Tel: (650) 833-2000
Fax: (650) 833-2001

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOLES and CROSSPOINT VENTURE PARTNERS 1996, LLP, | No. C08 03469 RS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| ZEBRA TECHNOLOGIES CORPORATION | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August __, 2008.

_____
Signature
William J. Frimel
Counsel for Plaintiff

WEST\21484782.1
367955-000001

American LegalNet, Inc.
www.FormsWorkflow.com