| | |
|---|---|
| GILBERT R. SEROTA (No. 75305)<br>Email: gserota@howardrice.com<br>SIMONA A. AGNOLUCCI (No. 246943)<br>Email: sagnolucci@howardrice.com<br>HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California  94111-4024<br>Telephone:   415/434-1600<br>Facsimile:    415/217-5910 | JENNY LOUISE JOHNSON (Ill. Bar No. 6256148)<br>Email: jenny.johnson@kattenlaw.com<br>KATTEN MUCHIN[1]<br>ROSENMAN, LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone:  312/902-5200<br>Facsimile:   312/902-1061 |

Attorneys for Defendant
ZEBRA TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DOLES and CROSSPOINT VENTURE PARTNERS 1996, LLP, a California limited liability partnership, acting together and solely in their capacity as the representative for the former WhereNet Shareholders<br><br>              Plaintiff,<br><br>v.<br><br>ZEBRA TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>              Defendant. | No. C 08 03469 RS<br><br>Action Filed: July 18, 2008<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

---

[1] Counsel from Katten Muchin Rosenman, LLP will apply to the Court for *pro hac vice* admission following reassignment

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  Pursuant to Civ. L.R. 73-1(a)(1), the undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 8, 2008.

Respectfully,

JENNY LOUISE JOHNSON
KATTEN MUCHIN ROSENMAN LLP

GILBERT R. SEROTA
SIMONA A. AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
        GILBERT R. SEROTA

Attorneys for Defendant
ZEBRA TECHNOLOGIES CORPORATION