1   GILBERT R. SEROTA (No. 75305)                JENNY LOUISE JOHNSON (Ill.
    Email: gserota@howardrice.com                Bar No. 6256148)
2   SIMONA A. AGNOLUCCI (No. 246943)             Email:
    Email: sagnolucci@howardrice.com             jenny.johnson@kattenlaw.com
3   HOWARD RICE NEMEROVSKI CANADY                KATTEN MUCHIN[1]
        FALK & RABKIN                            ROSENMAN, LLP
4   A Professional Corporation                   525 West Monroe Street
    Three Embarcadero Center, 7th Floor          Chicago, Illinois 60661-3693
5   San Francisco, California  94111-4024        Telephone: 312/902-5200
    Telephone:   415/434-1600                    Facsimile:  312/902-1061
6   Facsimile:   415/217-5910

7   Attorneys for Defendant
    ZEBRA TECHNOLOGIES
8   CORPORATION

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13   DANIEL DOLES and CROSSPOINT        No. C 08 03469 RS
     VENTURE PARTNERS 1996, LLP, a
14   California limited liability partnership, acting   Action Filed: July 18, 2008
     together and solely in their capacity as the
15   representative for the former WhereNet      STIPULATION TO EXTEND TIME TO
     Shareholders                                ANSWER COMPLAINT
16                                               (Civil L.R. 6-1(a))
                        Plaintiff,
17
        v.
18
     ZEBRA TECHNOLOGY
19   CORPORATION, a Delaware corporation,

20                      Defendant.

21

22

23

24

25

26

27      [1]Counsel from Katten Muchin Rosenman, LLP will apply to the Court for *pro hac vice*
     admission following reassignment
28

          STIPULATION RE EXTENSION OF TIME TO ANSWER          C 08 03469 RS

## STIPULATION RE EXTENSION OF TIME TO ANSWER

Pursuant to Local Rule 6-1, Plaintiff Daniel Doles and Crosspoint Venture Partners 1996, LLP and Defendant Zebra Technologies Corporation ("Zebra Technologies"), by and through their respective counsel, hereby stipulate and agree that the time for Zebra Technologies to respond to the Complaint be extended to and including August 22, 2008. This is Zebra Technologies's first extension to respond to the Complaint and is without prejudice to its right to seek a further extension by agreement of counsel or by motion.

DATED: August 8, 2008.

Respectfully,

JENNY LOUISE JOHNSON
KATTEN MUCHIN ROSENMAN LLP

GILBERT R. SEROTA
SIMONA A. AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: _____
            GILBERT R. SEROTA

Attorneys for Defendant
ZEBRA TECHNOLOGIES CORPORATION

DATED: August __, 2008.

Respectfully,

WILLIAM J. FRIMEL
RAJIV DHARNIDHARKA
DLA PIPER US LLP

By: _____
            RAJIV DHARNIDHARKA

Attorneys for Plaintiff
DANIEL DOLES and CROSSPOINT VENTURE
PARTNERS 1996, LLP