**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 11, 2008

**CASE NUMBER: CV 08-03469 RS**
**CASE TITLE: DANIEL DOLES, AND CROSSPOINT VENTURE PARTNERS 1996, LLP-v-ZEBRA TECHNOLOGIES CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/08/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 08/11/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOLES, AND CROSSPOINT VENTURE PARTNERS 1996, LLP,<br><br>   Plaintiff,<br><br> v.<br><br>ZEBRA TECHNOLOGIES CORPORATION et al,<br><br>   Defendant. | Case Number: CV08-03469 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jenny Louise Johnson
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Dated: August 12, 2008

             Richard W. Wieking, Clerk
             By: Tiffany Salinas-Harwell, Deputy Clerk