| | |
|---|---|
| GILBERT R. SEROTA (No. 75305)<br>Email: gserota@howardrice.com<br>SIMONA A. AGNOLUCCI (No. 246943)<br>Email: sagnolucci@howardrice.com<br>HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024<br>Telephone: 415/434-1600<br>Facsimile: 415/217-5910 | JENNY LOUISE JOHNSON (Ill.<br>Bar No. 6256148)<br>Email:<br>jenny.johnson@kattenlaw.com<br>KATTEN MUCHIN[1]<br>ROSENMAN, LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone: 312/902-5200<br>Facsimile: 312/902-1061 |

Attorneys for Defendant
ZEBRA TECHNOLOGIES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DOLES and CROSSPOINT VENTURE PARTNERS 1996, LLP, a California limited liability partnership, acting together and solely in their capacity as the representative for the former WhereNet Shareholders<br><br>    Plaintiff,<br><br>v.<br><br>ZEBRA TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Defendant. | No. C 08 03469 RS<br><br>Action Filed: July 18, 2008<br><br>SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT<br>(Civil L.R. 6-1(a)) |

---

[1] Counsel from Katten Muchin Rosenman, LLP will apply to the Court for *pro hac vice* admission following reassignment

# STIPULATION RE EXTENSION OF TIME TO ANSWER

Pursuant to Local Rule 6-1, Plaintiff Daniel Doles and Crosspoint Venture Partners 1996, LLP and Defendant Zebra Technologies Corporation ("Zebra Technologies"), by and through their respective counsel, hereby stipulate and agree that the time for Zebra Technologies to respond to the Complaint be extended to and including September 22, 2008.

DATED: August 14, 2008.

    Respectfully,

JENNY LOUISE JOHNSON
KATTEN MUCHIN ROSENMAN LLP

GILBERT R. SEROTA
SIMONA A. AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
    GILBERT R. SEROTA

Attorneys for Defendant
ZEBRA TECHNOLOGIES CORPORATION

DATED: August ___, 2008.

Respectfully,

WILLIAM J. FRIMEL
RAJIV DHARNIDHARKA
DLA PIPER US LLP

By: _____
    RAJIV DHARNIDHARKA

Attorneys for Plaintiff
DANIEL DOLES and CROSSPOINT VENTURE
PARTNERS 1996, LLP

# SECOND STIPULATION RE EXTENSION OF TIME TO ANSWER COMPLAINT

Pursuant to Local Rule 6-1, Plaintiff Daniel Doles and Crosspoint Venture Partners 1996, LLP and Defendant Zebra Technologies Corporation ("Zebra Technologies"), by and through their respective counsel, hereby stipulate and agree that the time for Zebra Technologies to respond to the Complaint be extended to and including September 22, 2008.

DATED: August __, 2008.

    Respectfully,

    JENNY LOUISE JOHNSON
    KATTEN MUCHIN ROSENMAN LLP

    GILBERT R. SEROTA
    SIMONA A. AGNOLUCCI
    HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
    A Professional Corporation

    By: _____
          GILBERT R. SEROTA

    Attorneys for Defendant
    ZEBRA TECHNOLOGIES CORPORATION

DATED: August 14, 2008.

    Respectfully,

    WILLIAM J. FRIMEL
    RAJIV DHARNIDHARKA
    DLA PIPER US LLP

    By: _____
          RAJIV DHARNIDHARKA

    Attorneys for Plaintiff
    DANIEL DOLES and CROSSPOINT VENTURE
    PARTNERS 1996, LLP