| | | |
|---|---|---|
| 1 | GILBERT R. SEROTA (No. 75305)<br>Email: gserota@howardrice.com | JENNY LOUISE JOHNSON (Ill.<br>Bar No. 6256148) |
| 2 | SIMONA A. AGNOLUCCI (No. 246943)<br>Email: sagnolucci@howardrice.com | Email:<br>jenny.johnson@kattenlaw.com |
| 3 | HOWARD RICE NEMEROVSKI CANADY<br>  FALK & RABKIN | KATTEN MUCHIN[1]<br>ROSENMAN, LLP |
| 4 | A Professional Corporation<br>Three Embarcadero Center, 7th Floor | 525 West Monroe Street<br>Chicago, Illinois 60661-3693 |
| 5 | San Francisco, California 94111-4024<br>Telephone:  415/434-1600 | Telephone:  312/902-5200<br>Facsimile:  312/902-1061 |
| 6 | Facsimile:  415/217-5910 | |
| 7 | Attorneys for Defendant<br>ZEBRA TECHNOLOGIES | |
| 8 | CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DOLES and CROSSPOINT VENTURE PARTNERS 1996, LLP, a California limited liability partnership, acting together and solely in their capacity as the representative for the former WhereNet Shareholders<br><br>            Plaintiff,<br><br>    v.<br><br>ZEBRA TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>            Defendant. | No. C 08 03469 RS<br><br>Action Filed: July 18, 2008<br><br>SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT<br>(Civil L.R. 6-1(a)) |

---

[1] Counsel from Katten Muchin Rosenman, LLP will apply to the Court for *pro hac vice* admission following reassignment

SECOND STIPULATION RE EXTENSION OF TIME TO ANSWER        C 08 03469 RS

## STIPULATION RE EXTENSION OF TIME TO ANSWER

Pursuant to Local Rule 6-1, Plaintiff Daniel Doles and Crosspoint Venture Partners 1996, LLP and Defendant Zebra Technologies Corporation ("Zebra Technologies"), by and through their respective counsel, hereby stipulate and agree that the time for Zebra Technologies to respond to the Complaint be extended to and including September 22, 2008.

DATED: August 14, 2008.

Respectfully,

JENNY LOUISE JOHNSON
KATTEN MUCHIN ROSENMAN LLP

GILBERT R. SEROTA
SIMONA A. AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
　　FALK & RABKIN
A Professional Corporation

By: _____/s/_____
　　　　　GILBERT R. SEROTA

Attorneys for Defendant
ZEBRA TECHNOLOGIES CORPORATION

DATED: August __, 2008.

Respectfully,

WILLIAM J. FRIMEL
RAJIV DHARNIDHARKA
DLA PIPER US LLP

By: _____
　　　　　RAJIV DHARNIDHARKA

Attorneys for Plaintiff
DANIEL DOLES and CROSSPOINT VENTURE PARTNERS 1996, LLP

# SECOND STIPULATION RE EXTENSION OF TIME TO ANSWER COMPLAINT

Pursuant to Local Rule 6-1, Plaintiff Daniel Doles and Crosspoint Venture Partners 1996, LLP and Defendant Zebra Technologies Corporation ("Zebra Technologies"), by and through their respective counsel, hereby stipulate and agree that the time for Zebra Technologies to respond to the Complaint be extended to and including September 22, 2008.

DATED: August __, 2008.

Respectfully,

JENNY LOUISE JOHNSON
KATTEN MUCHIN ROSENMAN LLP

GILBERT R. SEROTA
SIMONA A. AGNOLUCCI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
         GILBERT R. SEROTA

Attorneys for Defendant
ZEBRA TECHNOLOGIES CORPORATION

DATED: August 14, 2008.

Respectfully,

WILLIAM J. FRIMEL
RAJIV DHARNIDHARKA
DLA PIPER US LLP

By: _____
         RAJIV DHARNIDHARKA

Attorneys for Plaintiff
DANIEL DOLES and CROSSPOINT VENTURE PARTNERS 1996, LLP